# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PRO SLAB, INC. and BREMER CONSTRUCTION MANAGEMENT, INC., on behalf of themselves and all other similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| | ) Case No. 2:17-cv-03185-DCN |
| ARGOS USA CORP.,<br>ARGOS NORTH AMERICA CORP.,<br>ARGOS USA LLC,<br>ARGOS READY MIX LLC,<br>ARGOS READY MIX (CAROLINAS) CORP.,<br>LAFARGE NORTH AMERICA INC.,<br>LAFARAGE BUILDING MATERIALS INC.,<br>COASTAL CONCRETE COMPANY, INC.,<br>COASTAL CONCRETE SOUTHEAST II, LLC,<br>THOMAS CONCRETE, INC.,<br>THOMAS CONCRETE OF SOUTH CAROLINA, INC.,<br>EVANS CONCRETE HOLDINGS, INC.,<br>EVANS CONCRETE, LLC,<br>ELITE CONCRETE HOLDINGS, INC.,<br>ELITE CONCRETE, LLC,<br>ELITE CONCRETE OF RICHMOND HILL, LLC, and<br>ELITE CONCRETE OF SC, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Argos USA Corp., Argos North America Corp., Argos USA LLC, Argos Ready Mix LLC, Argos Ready Mix (Carolinas) Corp., Coastal Concrete Southeast II LLC, Thomas Concrete, Inc., Thomas Concrete of Georgia, Inc., Thomas Concrete of South Carolina, Inc., Evans Concrete Holdings, Inc., Evans Concrete, LLC, Elite Concrete Holdings, Inc., Elite Concrete, LLC, and Elite Concrete of SC, LLC (collectively, "the Movant-Defendants") hereby jointly request that the Court enter an Order dismissing Plaintiffs' First Amended Complaint (D.E. 48) in

1

its entirety or, at the least, narrowing it considerably. The Movant-Defendants submit that Plaintiffs' First Amended Complaint fails to state a claim upon which relief may be granted as required by Federal Rule of Civil Procedure 8(a), and is therefore subject to dismissal under Federal Rule of Civil Procedure 12(b)(6). A brief setting forth in detail those reasons why Plaintiffs' First Amended Complaint fails to meet the requirements of Rule 8(a) has been filed concurrently with this motion.

February 15, 2018

MCGUIREWOODS LLP

/s/ *T. Richmond McPherson III*

T. Richmond McPherson III
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
704.343.2000

Howard Feller (*pro hac vice*)
Virginia Bar No. 18248
hfeller@mcguirewoods.com
J. Brent Justus (*pro hac vice*)
Virginia Bar No. 45525
bjustus@mcguirewoods.com
Casey Erin Lucier (*pro hac vice*)
Virginia Bar No. 80363
clucier@mcguirewoods.com
Nicholas J. Giles (*pro hac vice*)
Virginia Bar No. 86584
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
804.775.1000

*Counsel for the Argos Defendants*

Respectfully submitted,

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

By: /s/ *David M. Burkoff*

David M. Burkoff
SC Fed. Bar No. 11479
Allan C. Galis (*pro hac vice*)
GA Bar No. 185603
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412
(912) 236-0261
dburkoff@huntermaclean.com
agalis@huntermaclean.com

*Counsel for Coastal Concrete Southeast II, LLC*

2

McCORKLE & JOHNSON, LLP

By: /s/ *Mathew M. McCoy*

Mathew M. McCoy
Fed Bar #10644
Catherine M. Bolger
Fed Bar #11167
McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
Phone: 912-232-6000
mmm@mccorklejohnson.com
cmb@mccorklejohnson.com

PARKER, HUDSON, RAINER & DOBBS

By: /s/ *Robert M. Brennan*

Robert M. Brennan
(admitted pro hac vice)
bbrennan@phrd.com
Katrina L. Hodges
(admitted pro hac vice)
khodges@phrd.com
Parker, Hudson, Rainer & Dobbs
303 Peachtree Street, NE #3600
Atlanta, Georgia 30308
Phone: 404-681-5969

*Counsel for the Elite Defendants*

EPPS, HOLLOWAY, DELOACH, & HOIPKEMIER, LLC

By: /s/ *Jeffrey W. DeLoach*

Jeffrey W. DeLoach (*pro hac vice*)
Georgia Bar No. 081669
1200 Langford Drive
Building 200, Suite 101
Watkinsville, Georgia 30677
Phone (706) 508-4000
Fax (706) 842-6750
jeff@ehdhlaw.com

WOMBLE BOND DICKINSON (US) LLP

By: /s/ *F. Cordes Ford IV*

F. Cordes Ford IV
SC Fed Bar No. 9217
5 Exchange Street
Charleston, SC 29402
Phone (843) 722-3400
cordes.ford@wbd-us.com

*Counsel for the Evans Defendants*

JONES DAY

By: */s/ Gregory R. Hanthorn*

Gregory R. Hanthorn
ghanthorn@jonesday.com
GA Bar No. 323937
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 581-8425
Facsimile: (404) 581-8330

NELSON MULLINS RILEY AND SCARBOROUGH

Samuel W. Outten
sam.outten@nelsonmullins.com
Lindsay Livingston Builder
lindsay.builder@nelsonmullins.com
Nelson Mullins Riley and Scarborough
P.O. Box 10084
Greenville, SC 29603-0084
Telephone: (864) 250-2208
Facsimile: (864) 232-2925

*Counsel for Defendants*
*Thomas Concrete, Inc., Thomas Concrete of Georgia, Inc., and Thomas Concrete of South Carolina, Inc.*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2018, the foregoing **DEFENDANT'S JOINT MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

    /s/ _T. Richmond McPherson III_

T. Richmond McPherson III
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
704.343.2000