# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PRO SLAB, INC. and BREMER CONSTRUCTION MANAGEMENT, INC., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ARGOS USA CORP., ARGOS NORTH AMERICA CORP., ARGOS USA LLC, ARGOS READY MIX LLC, ARGOS READY MIX (CAROLINAS) CORP., LAFARGE NORTH AMERICA INC., LAFARGE BUILDING MATERIALS INC., COASTAL CONCRETE COMPANY, INC., COASTAL CONCRETE SOUTHEAST II, LLC, THOMAS CONCRETE, INC., THOMAS CONCRETE OF GEORGIA, INC., THOMAS CONCRETE OF SOUTH CAROLINA, INC., EVANS CONCRETE HOLDINGS, INC., EVANS CONCRETE, L.L.C., ELITE CONCRETE HOLDINGS, LLC, ELITE CONCRETE, LLC, ELITE CONCRETE OF RICHMOND HILL, LLC, and ELITE CONCRETE OF SC, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 2:17-cv-03185-DCN |

### DEFENDANTS THOMAS CONCRETE, INC., THOMAS CONCRETE OF GEORGIA, INC., AND THOMAS CONCRETE OF SOUTH CAROLINA, INC.'S
### MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW Defendants Thomas Concrete, Inc., Thomas Concrete of Georgia, Inc. and Thomas Concrete of South Carolina, Inc. (collectively the "Thomas Entities") and move to dismiss all claims of the Amended Complaint against them. The Thomas Entities incorporate by reference the Memorandum of Law in Support of Joint Motion to Dismiss Pursuant to Rule 12(b)(6) filed this same day (the "Joint Memorandum"). Further, the Thomas Entities move and

-1-

write separately to address arguments unique to the Thomas Entities and will not repeat the arguments or authorities in the Joint Motion and Memorandum.

For the reasons set forth in the Joint Memorandum as well as in the Thomas Entities' Memorandum of Law in Support of Their Motion to Dismiss, the Thomas Entities respectfully move (the "Motion") this Court to dismiss Plaintiffs' operative Amended Complaint, ECF No. 48, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of their Motion, the Thomas Entities submit herewith their Memorandum of Law In Support of Their Motion to Dismiss containing arguments and citations of authorities.

WHEREFORE, the Thomas Entities pray for the following relief:

(a) That the Complaint be dismissed as to the Thomas Entities;

(b) That the costs of this action be cast upon Plaintiffs; and

(c) For such other relief as this Court deems just and proper.

[SIGNATURE BLOCK APPEARS ON THE FOLLOWING PAGE]

Dated: February 15, 2018                    Respectfully submitted,


                                            */s/ Samuel W. Outten*
                                            Samuel W. Outten
                                            Fed Bar No. 2943
                                            sam.outten@nelsonmullins.com
                                            Lindsay Livingston Builder
                                            Fed Bar No. 11836
                                            lindsay.builder@nelsonmullins.com
                                            NELSON MULLINS RILEY AND
                                            SCARBOROUGH
                                            P.O. Box 10084
                                            Greenville, SC  29603-0084
                                            Telephone:  (864) 250-2208
                                            Facsimile:  (864) 232-2925

                                            Gregory R. Hanthorn
                                            (admitted pro hac vice)
                                            ghanthorn@jonesday.com
                                            GA Bar No.  323937
                                            JONES DAY
                                            1420 Peachtree Street, N.E.
                                            Suite 800
                                            Atlanta, Georgia  30309-3053
                                            Telephone:  (404) 581-8425
                                            Facsimile:  (404) 581-8330

                                            *Attorneys for Defendants*
                                            *Thomas Concrete, Inc., Thomas Concrete of*
                                            *Georgia, Inc., and Thomas Concrete of South*
                                            *Carolina, Inc.*