UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **PRO SLAB, INC. and BREMER CONSTRUCTION MANAGEMENT, INC.**, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 2:17-cv-03185-DCN |
| v. | )<br>) | |
| **ARGOS USA CORP., ARGOS NORTH AMERICAN CORP., ARGOS USA, LLC, ARGOS READY MIX, LLC, ARGOS READY, MIX (CAROLINAS) CORP., LAFARGE NORTH AMERICAN, INC., LAFARGE BUILDING MATERIALS, INC., COASTAL CONCRETE COMPANY, INC., COASTAL CONCRETE SOUTHEAST II, LLC, THOMAS CONCRETE, INC., THOMAS CONCRETE OF GEORGIA, INC., THOMAS CONCRETE OF SOUTH CAROLINA, INC., EVANS CONCRETE HOLDINGS, INC., ELITE CONCRETE HOLDINGS, LLC, ELITE CONCRETE, LLC, ELITE CONCRETE OF RICHMOND HILL, LLC, ELITE CONCRETE OF SC, LLC,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| Defendants. | ) | |

**ELITE CONCRETE, LLC'S, ELITE CONCRETE HOLDINGS LLC'S, AND ELITE CONCRETE OF SC, LLC'S MOTION TO DISMISS**

In addition to the Joint Motion to Dismiss Pursuant to Rule 12(b)(6) ("Joint Motion"), which Defendants Elite Concrete LLC, Elite Concrete Holdings, LLC, and Elite Concrete of SC, LLC (collectively, "Elite") join in its entirety, Elite separately moves to dismiss the Amended Complaint filed by Plaintiffs Pro Slab, Inc. and Bremer Construction Management, Inc.

("Plaintiffs") because Plaintiffs' claims are time barred by the statute of limitations. In addition, Plaintiffs' fraudulent concealment allegations are insufficient to toll the statute of limitations and should be stricken. For these reasons and those set forth in the Joint Motion, Memorandum of Law in support of the Joint Motion, and Elite's contemporaneously filed Memorandum of Law, Plaintiffs' Amended Complaint fails to state a claim upon which relief can be granted. Accordingly, the Amended Complaint should be dismissed in its entirety.

Respectfully submitted this 15th day of February, 2018.

/s/ Mathew M. McCoy
Mathew M. McCoy
Fed Bar #10644
Catherine M. Bolger
Fed Bar #11167
McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
Phone: 912-232-6000
Email: mmm@mccorklejohnson.com
        cmb@mccorklejohnson.com


Robert M. Brennan
(admitted pro hac vice)
bbrennan@phrd.com
Katrina L. Hodges
(admitted pro hac vice)
khodges@phrd.com
Parker, Hudson, Rainer & Dobbs
303 Peachtree Street, NE #3600
Atlanta, Georgia 30308
Phone: 404-681-5969

*Counsel for the Elite Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **ELITE CONCRETE, LLC'S, ELITE CONCRETE HOLDINGS LLC'S, AND ELITE CONCRETE OF SC, LLC'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send automatic notification of such filing to all counsel of record.

This 15th day of February, 2018.

/s/ Mathew M. McCoy
Mathew M. McCoy
Fed Bar #10644
Catherine M. Bolger
Fed Bar #11167
McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
Phone: 912-232-6000
Email: mmm@mccorklejohnson.com
          cmb@mccorklejohnson.com

Robert M. Brennan
(admitted pro hac vice)
bbrennan@phrd.com
Katrina L. Hodges
(admitted pro hac vice)
khodges@phrd.com
Parker, Hudson, Rainer & Dobbs
303 Peachtree Street, NE #3600
Atlanta, Georgia 30308
Phone: 404-681-5969

*Counsel for the Elite Defendants*