# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| PRO SLAB, INC. and BREMER CONSTRUCTION MANAGEMENT, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARGOS USA CORP., *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-03185-DCN |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COASTAL CONCRETE COMPANY, INC.

Plaintiffs Pro Slab, Inc. and Bremer Construction Management, Inc., by Co-Lead Counsel, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), hereby submit notice of the voluntary dismissal of this action solely as against Defendant Coastal Concrete Company, Inc., which has not filed an answer or a motion for summary judgment.

Dated: March 29, 2018

Respectfully submitted,

*s/Russell T. Burke*
Russell T. Burke
S.C. Fed. I.D. # 1604
Chad McGowan
S.C. Fed. I.D. # 6620
**McGOWAN HOOD & FELDER, LLC**
1517 Hampton Street
Columbia, SC 29201
Phone: (803) 779-0100
rburke@mcgowanhood.com
cmcgowan@mcgowanhood.com

| | |
|---|---|
| Renae D. Steiner<br>Vincent J. Esades<br>Jessica N. Servais<br>**HEINS MILLS & OLSON, PLC**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 338-4605<br>vesades@heinsmills.com<br>rsteiner@heinsmills.com<br>jservais@heinsmills.com | Irwin B. Levin<br>Richard E. Shevitz<br>Scott D. Gilchrist<br>Vess A. Miller<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Phone: (317) 636-6481<br>ilevin@cohenandmalad.com<br>rshevitz@cohenandmalad.com<br>sgilchrist@cohenandmalad.com<br>vmiller@cohenandmalad.com |
| Gregory P. Hansel<br>Randall B. Weill<br>Michael S. Smith<br>Eric G. Penley<br>**PRETI, FLAHERTY,<br>BELIVEAU & PACHIOS LLP**<br>One City Center, P.O. Box 9546<br>Portland, ME 04101<br>(207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com<br>epenley@preti.com | |

*Counsel for Plaintiffs Pro Slab, Inc. and Bremer Construction Management, Inc.*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/Russell T. Burke*
Russell T. Burke
S.C. Fed. I.D. # 1604
Chad McGowan
S.C. Fed. I.D. # 6620
**McGOWAN HOOD & FELDER, LLC**
1517 Hampton Street
Columbia, SC 29201
Phone: (803) 779-0100
rburke@mcgowanhood.com
cmcgowan@mcgowanhood.com