IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Pro Slab, Inc. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Argos North America Corp. et al.,<br><br>    Defendants. | Civil Action No. 2:17-cv-3185-BHH |

**INTERVENOR UNITED STATES' MOTION
TO EXTEND THE LIMITED STAY OF DISCOVERY**

Intervenor United States of America respectfully submits this motion to extend the limited stay of discovery through March 22, 2021, in order to protect the integrity of the United States' ongoing criminal investigations and litigation and to prevent interference with potential witnesses or evidence. In support of this motion, the United States submits the accompanying memorandum of law.

The United States has conferred with counsel for the parties. Plaintiffs have represented that they do not oppose this Motion provided that all other discovery, pre-trial, and trial deadlines and the trial date are also extended by an additional six months. Defendants have represented that they do not oppose this Motion and also do not oppose the Plaintiffs' condition regarding the six-month extension of all other discovery, pre-trial, and trial deadlines and the trial date. The United States takes no position regarding the existing deadlines or the trial date in this action.

Respectfully submitted this 16th day of September, 2020.

        PETER M. MCCOY, JR.
        United States Attorney

        s/James C. Leventis, Jr.
        JAMES C. LEVENTIS, Jr. (#9406)
        Assistant United States Attorney
        1441 Main St., Suite 500
        Columbia, SC 29201
        Tel: (803) 929-3000
        James.Leventis@usdoj.gov

        MATTHEW C. STEGMAN (admitted *pro hac vice*)
        D.C. Bar No. 1015677
        Trial Attorney
        U.S. Department of Justice, Antitrust Division
        450 5th Street NW
        Washington, DC 20530
        Email: matthew.stegman@usdoj.gov
        Tel: (202) 598-8381
        Fax: (202) 598-2428

        PATRICK S. BROWN (admitted *pro hac vice*)
        D.C. Bar No. 1028809
        Trial Attorney
        U.S. Department of Justice, Antitrust Division
        450 5th Street NW
        Washington, DC 20530
        Email: patrick.brown2@usdoj.gov
        Tel: (202) 307-0520
        Fax: (202) 598-2428

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing Intervenor United States' Motion to Extend the Limited Stay of Discovery with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record for all parties to this action.

          PETER M. MCCOY, JR.
          United States Attorney

          s/James C. Leventis, Jr.
          JAMES C. LEVENTIS, Jr. (#9406)
          Assistant United States Attorney
          1441 Main St., Suite 500
          Columbia, SC 29201
          Tel: (803) 929-3000
          James.Leventis@usdoj.gov