UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Pro Slab, Inc. et al., <br><br>             Plaintiffs, <br><br> v. <br><br> Argos North America Corp. et al., <br><br>             Defendants. | Civil Action No. 2:17-cv-3185-BHH |

### **ORDER EXTENDING LIMITED STAY OF DISCOVERY**

IT IS ORDERED that discovery in this case may proceed subject to the following limitations, which will remain in effect through March 22, 2021, or until further order of this Court:

1) The parties are prohibited from conducting any depositions or issuing any requests for admissions.

2) The parties are prohibited from issuing or responding to any interrogatories or requests for production that refer, reflect, or relate to any party's or witness's communications with the U.S. Department of Justice ("DOJ") in connection with the grand jury investigation or with the grand jury (including, but not limited to, the fact or existence of such communications). Requests calling for documents identified as having been produced to the DOJ or the grand jury are stayed.  However, the fact that a document was produced to the DOJ or the grand jury during the course of grand jury proceedings does not make the document non-discoverable.  Although no party shall be required to identify documents as having been produced to the DOJ or grand jury, no party is precluded from identifying its own documents as having been produced to the DOJ or the grand jury.

2

IT IS FURTHER ORDERED that all formal discovery requests shall be served on the DOJ at the same time as they are served on the receiving party. The DOJ and any party may object to discovery on the basis that the requested discovery seeks information or documents prohibited under this Order.

IT IS FURTHER ORDERED that if the DOJ determines, prior to March 22, 2021, that the limited discovery stay is no longer necessary, the DOJ shall notify the Court and the parties promptly upon such a determination.

IT IS FURTHER ORDERED that to accommodate this additional extension of the limited stay of discovery, the existing discovery, pre-trial, and trial deadlines and trial date shall be extended and continued by six months. The parties are directed to confer regarding the form of a proposed order making these changes to the existing schedule and submit the proposed order to the Court within 10 days of this Order.

SO ORDERED, this 6th day of October.

/s/Bruce Hendricks
Hon. Bruce H. Hendricks
United States District Judge
District of South Carolina