**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| PRO SLAB, INC., BREMER CONSTRUCTION MANAGEMENT, INC., and FORREST CONCRETE, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARGOS USA LLC, ARGOS READY MIX LLC, LAFARGE NORTH AMERICA INC., COASTAL CONCRETE SOUTHEAST II, LLC, THOMAS CONCRETE, INC., THOMAS CONCRETE OF SOUTH CAROLINA, INC., EVANS CONCRETE, LLC, ELITE CONCRETE, LLC,<br><br>    Defendants. | Case No. 2:17-cv-03185-BHH |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT WITH ELITE CONCRETE, LLC, PRELIMINARY CERTIFICATION
OF SETTLEMENT CLASS AND APPROVAL OF NOTICE**

Pursuant to Federal Rule of Civil Procedure 23(e)(1)(B), Plaintiffs Pro Slab, Inc., Bremer Construction Management, Inc., and Michelle L. Vieira, Trustee of Forrest Concrete, LLC (collectively, "Plaintiffs"), respectfully move the Court to: (i) preliminarily approve the Settlement Agreement with Elite Concrete, LLC ("Elite Settlement"); (ii) conditionally certify, pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), the Settlement Class defined in the Elite Settlement; (iii) approve and direct the proposed form and manner of notice of the Elite Settlement to the Settlement Class; (iv) schedule a final fairness hearing for the Elite Settlement; and (v) enter a Preliminary Approval Order substantially in the form of Exhibit C to the Elite Settlement, which sets forth the foregoing along with additional related details.

25112342.2

In support of this Motion, Plaintiffs submit the accompanying Memorandum, and the Declaration of Scott D. Gilchrist and exhibits thereto, including the Declaration of Janeth Antonio on behalf of the proposed Settlement Administrator, Verita Global, LLC.

The settling Defendant, Elite Concrete, LLC, consents to this Motion and the relief requested herein.

| | |
|---|---|
| Dated:  December 8, 2025 | */s/ Russell T. Burke*<br>Russell T. Burke<br>Williams Burke LLP<br>1320 Main Street, Suite 300<br>Columbia, SC 29201<br>803-665-9670<br>Russell@williamsburke.com<br><br>*Plaintiffs' South Carolina Counsel* |
| Renae D. Steiner<br>Vincent J. Esades<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>(612) 338-4605<br>rsteiner@heinsmills.com<br>vesades@heinsmills.com | Irwin B. Levin<br>Scott D. Gilchrist<br>Vess A. Miller<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>(317) 636-6481<br>ilevin@cohenandmalad.com<br>sgilchrist@cohenandmalad.com<br>vmiller@cohenandmalad.com<br><br>Gregory P. Hansel[1]<br>Michael S. Smith<br>Elizabeth F. Quinby<br>Michael D. Hanify<br>PRETI FLAHERTY,<br>BELIVEAU & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112<br>(207) 791-3000<br>ghansel@preti.com |

---

[1] Special Counsel for Trustee Michelle Vieira of Forrest Concrete, LLC, In re: Forrest Concrete, LLC, Debtor, Case No. 23-01171-jd, Chapter 7, U.S. Bankruptcy Court, District of South Carolina.

25112342.2

3

msmith@preti.com
equinby@preti.com
mhanify@preti.com

***Interim Plaintiffs' Co-Lead Counsel***

3

25112342.2